

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TX MEDICAL OFFICE, LP, FL MEDICAL OFFICE, LLC, CA MEDICAL OFFICE, LP, AND MOB PORTFOLIO ASSOCIATES, LLC, | § § § § | No. 08-12-00263-CV |
| Appellants, | § | Appeal from |
| | § | 34th District Court |
| v. | § | of El Paso County, Texas |
| TENET HEALTH SYSTEM HOSPITALS, INC. | § | (TC # 2010-1628) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is a joint motion to dispose of this appeal in accordance with the parties' agreement. *See* TEX.R.APP.P. 42.1(a)(2)(A). The parties filed a joint motion for disposition pursuant to a settlement agreement, stating that all issues in dispute have been fully resolved and requesting that we vacate the trial court's judgment, dismiss the case, and render judgment effectuating the parties' settlement agreement. *See* TEX.R.APP.P. 42.1(a)(2)(A) (permitting appeals court to dispose of appeal by rendering judgment effectuating the parties' agreement); TEX.R.APP.P. 43.2(e)(permitting the appeals court to vacate the trial court's judgment and dismiss the case). The settlement agreement specifically requests that this Court dismiss the case as follows:

(a) all claims, counterclaims, or causes of action asserted in the Case as to the Site known by the parties as 'Alvarado Medical Plaza II' are dismissed *without prejudice* to refiling of same, and

(b) all remaining claims, counterclaims, or causes of action asserted in the Case are dismissed *with prejudice* to refiling of same.

[Emphasis in original]. Both parties have signed the settlement agreement and filed it with the Clerk of this Court in accordance with TEX.R.APP.P. 42.1(a)(2).

The motion is granted. The trial court's judgment signed on July 31, 2012 is vacated, and the case is dismissed pursuant to the terms of the settlement agreement in that all claims, counterclaims, or causes of action as to the "Alvarado Medical Plaza II" site are dismissed without prejudice and all remaining claims, counterclaims, or causes of action are dismissed with prejudice. *See* TEX.R.APP.P. 42.1(a)(2)(A), 43.2(e). Because the settlement agreement recites that each party shall bear its own costs and attorney's fees in the case, costs of appeal are taxed against the parties who have incurred them. *See* TEX.R.APP.P. 42.1(d)(providing that in absence of an agreement by the parties, costs will be taxed against the appellant).

August 21, 2013                          ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.